# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Elena Kurbatzky<br>Plaintiff<br><br>V.<br><br>US Customs and Border Protection<br>Defendant | CIVIL ACTION<br><br>NO. 1:17-cv-12362-PBS |

## ORDER OF DISMISSAL

SARIS, C.J.

In accordance with Court's Order dated August 7, 2018 adopting Report and Recommendation and Granting Defendant's Motion to Dismiss (Docket No. 32), it is Hereby ORDERED that the above-entitled action be and hereby is dismissed with Prejudice.

By the Court,

8/7/2018              /s/ C. Geraldino-Karasek
 Date                  Deputy Clerk